**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ahmed YOUNG, a/k/a Touche, Defendant–Appellant.**

No. 01–6921.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 15, 2001.

Ahmed Young, pro se.

LeDora Knight, Office of the United States Attorney, Alexandria, VA, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Ahmed Young seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and his motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Young,* Nos. CR–97–404–A; CA–00–916–AM (E.D. Va. Dec. 27, 2000; filed May 17, 2001; entered May 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*